IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| TRUE SOCIAL EQUITY IN CANNABIS, an unincorporated association,<br>　　　　Plaintiff,<br><br>v.<br><br>AKERNA CORP., GREEN THUMB INDUSTRIES, INC., ILDISP LLC, VERANO HOLDINGS CORP., SURTERRA HOLDINGS INC.<br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 22-cv-2000<br><br>Judge Rowland |

NOTICE OF VOLUNTARY DISMISSAL, WITHOUT PREJUDICE,
PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

The Plaintiff, TRUE SOCIAL EQUITY IN CANNABIS, by and through its undersigned counsel, files this NOTICE OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(a)(A)

1. Federal Rule of Civil Procedure 41 provides, in relevant part,
   (a) Voluntary Dismissal.
   (1) *By the Plaintiff.*
   (A) *Without a Court Order.* Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:
   (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment;…

2. No answer of motion for summary judgment has been filed in this matter.

3. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff voluntarily dismisses this action without prejudice.

　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,
　　　　　　　　　　　　　　　　　　　　/s/ Christopher V. Langone
　　　　　　　　　　　　　　　　　　　　One of the Plaintiff's Attorneys

Christopher V. Langone
Langone Law LLC
205 North Michigan Ave.
Suite 810
Chicago, IL 60601
(312) 720-9191
Chris@LangoneLaw.com